UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD MUZAMIL YOUSUFI<br><br>Petitioner,<br><br>v.<br><br>CAMMILLA WAMSLEY, et al.<br><br>Respondents. | CASE NO. 2:25-cv-02098-JNW-MLP<br><br>ORDER EXTENDING PROVISIONAL GRANT OF TEMPORARY RESTRAINING ORDER |

The Court raises this matter sua sponte. On October 31, 2025, the Court issued a provisional Temporary Restraining Order (TRO) to preserve its jurisdiction pending full briefing on Petitioner Mohammad Muzamil Yousufi's motion for TRO. Dkt. No. 3. The provisional TRO expires today, November 14, 2025.

The Court's provisional order directed the parties to meet and confer regarding a briefing schedule, and if they could not agree, directed Respondents to respond to the motion "on the schedule set by Local Civil Rule 65 once service is accomplished." *Id*. at 3. Respondents appeared in this action on November 4, 2025, but have not filed an opposition to the TRO motion nor have the parties submitted a stipulated briefing schedule.

ORDER - 1

To ensure that the TRO motion is decided on its merits and to cure any ambiguity in the Court's previous order about the Government's response deadline, the Court finds good cause to extend the provisional TRO for another seven days. *See* Fed. R. Civ. P. 65(b)(2). The extension preserves the status quo while the Court evaluates whether preliminary injunctive relief is warranted.

Accordingly, the Court orders as follows:

(1) The Court's provisional TRO, Dkt. No. 3 is EXTENDED seven (7) days and is now set to expire at 11:59 p.m. on November 21, 2025.

(2) Respondents must file their opposition, if any, to Petitioner's TRO motion by November 18, 2025.

(3) No reply in support of the TRO motion will be permitted.

Dated this 14th day of November 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2