UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD MUZAMIL YOUSUFI<br><br>Petitioner,<br><br>v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>Respondent. | CASE NO. 2:25-cv-02098-JNW-MLP<br><br>ORDER FOR SERVICE AND RETURN OF § 2241 PETITION |

Petitioner Mohammad Muzamil Yousufi initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. 1. The Court having reviewed the Petition, **ORDERS** as follows:

(1) Service

If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas Petition shall effect service upon the United States Attorney of the Petition and all supporting documents. Dkt. 1. Service upon the United States Attorney is deemed to be service upon the Respondent.

ORDER FOR SERVICE AND RETURN OF § 2241 PETITION - 1

(2) Return

**Within 30 days of the date this Order is posted**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a Return as provided in 28 U.S.C. § 2243. As a part of such Return, Respondent shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary. Respondent shall file the Return with the Clerk of the Court and shall serve a copy upon Petitioner.

The Return will be treated in accordance with LCR 7. Accordingly, on the face of the Return, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response not later than 21 days after the filing date of the Return, and Respondent may file and serve a reply brief not later than 28 days after the Return is filed.

(3) Filing by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original with the Clerk. All filings must indicate in the upper right-hand corner the name of the United States Magistrate Judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall, upon request, be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." Any document filed with the Court must be

ORDER FOR SERVICE AND RETURN OF § 2241 PETITION - 2

accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(4) Motions

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(5) Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

The Clerk is **DIRECTED** to send uncertified copies of this Order to all counsel of record.

Dated this 14th day of November, 2025.

Jamal N. Whitehead
United States District Judge