UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| Mohammad Muzami YOUSUFI,<br><br>       Petitioner,<br><br>v.<br><br>Cammilla WAMSLEY, Field Office Director of Enforcement and Removal Operations, Seattle Field Office, Immigration and Customs Enforcement (ICE); Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; Bruce SCOTT, Warden of Northwest ICE Processing Center,<br><br>       Respondents. | Case No.  25-2098<br><br>**ORDER  GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS RESPONDENT BRUCE SCOTT** |

 Having Considered Petitioner's Motion to Voluntarily Dismiss Respondent Bruce Scott, the Court GRANTS the motion.

It is so ORDERED.

   DATED this  8th    day of  December    , 2025.

         _____
         Jamal N. Whitehead
       UNITED STATES DISTRICT JUDGE

Presented by:

William Frick WSBA # 26648
P.O. Box 892
Mercer Island, Washington 98040
206.714.2514 (mobile phone)
william@fricklawfirm.info